United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LORENZO CARDENAS PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-103 |
| | § | |
| MARKWAYNE MULLIN *et al.* | § | |

## FINAL JUDGMENT

For the reasons the Court set forth in its Order, Petitioner's Writ of Habeas Corpus

(Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Court

**ENTERS** this final judgment pursuant to Federal Rule of Civil Procedure 58(a). The

Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** June 30, 2026.

Marina Garcia Marmolejo
United States District Judge

1